# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0017.  LEONARD GEOFFREY COUCH v. THE STATE.**

Leonard Geoffrey Couch was convicted of driving under the influence and failure to maintain lane, and the trial court entered its judgment and sentence against him.  Couch then filed a timely motion for new trial.  While that motion was pending, he filed this direct appeal from his judgment of conviction and sentence.  We, however, lack jurisdiction.

The order that Couch seeks to appeal is not a final order because his motion for new trial remains pending in the trial court.  Accordingly, Couch was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time.  See *Hann v. State*, 292 Ga. App. 719, 720 (1) (665 SE2d 731) (2008) (while a motion for new trial is pending, appeals must comply with the interlocutory appeal requirements).  Couch's failure to comply with the interlocutory appeal procedures deprives this Court of jurisdiction, and accordingly, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/01/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*